UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE CAUDILL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:26-cv-03186-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER<br><br>(ECF No. 12) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

///

///

///

///

Respectfully submitted,

Dated: August 17, 2026

PEÑA & BROMBERG, PLC

By: */s/ Jonathan O. Peña**

JONATHAN O. PEÑA, ESQ.
Attorneys for Plaintiff
[*As authorized by e-mail on August 13, 2026]

Dated: August 17, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1

By: */s/ Lindsay Beyer Payne*

LINDSAY BEYER PAYNE
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 12), IT IS ORDERED that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant and to terminate Plaintiff's Motion for Summary Judgment (ECF No. 10) as no longer pending.

IT IS SO ORDERED.

Dated: **August 17, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE